WILLIAM NELSON, Appellant, *v.* FREDERICK BLECKWENN, Treasurer, etc., Long Island City, Respondent.

(Argued January 30, 1893; decided February 10, 1893.)

APPEAL from an interlocutory judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed an interlocutory judgment in favor of defendant, entered upon an order of Special Term overruling his demurrer to the complaint.

*William J. Gaynor* for appellant.

*J. Ralph Burnett* for respondent.

Agree to affirm on authority of *People ex rel. Oakley* v. *Bleckwenn* (126 N. Y. 310); no opinion.

All concur, except ANDREWS, Ch. J., and MAYNARD, J., not voting.

Judgment affirmed.

---

JOHN CHARLES ANDERSON, Respondent, *v.* WALTER S. CARR et al., Appellants.

(Argued January 30, 1893; decided February 10, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 22, 1892, which affirmed orders of the Special Term adjudging defendant John J. Leary guilty of contempt and imposing upon him a fine and imprisonment.

*William J. Gaynor* for appellants.

*William B. Hornblower* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.